UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Case No. 26-30939
Chapter 7

Karon Perteet,

Debtor.

**NOTICE OF PROPOSED SALE**

TO: The United States Trustee, all creditors and other parties in interest.

**Notice.** On **July 21, 2026**, or as soon thereafter as the transaction may be completed, the trustee will sell the following described property to the debtor:

> Undivided 5% (1/20) interest including an undetermined non-marital interest in and to South 165 feet of the North 885 feet of Government Lot 3, Section 1 Township 136, Range 27, Crow Wing County, Minnesota (the "Undivided Interest")

The debtor has offered to pay the estate $7,500 for the Undivided Interest and the trustee has received $7,500 from the debtor. The trustee believes the sale is in the best interest of creditors since this is the highest offer received for the purchase of this Undivided Interest. The Undivided Interest is sold "as is, where is" without any representations or warranties.

**Objection: Motion: Hearing.** Any objection to this sale must be filed and served not later than **July 14, 2026**, which is seven days before the date set for the proposed sale (including Saturdays, Sundays, and holidays). The objection is governed by Fed. R. Bankr. P. 9014(a), which states relief shall be requested by motion. If a Motion Objecting to Proposed Sale of Property of Estate is timely served and filed, the court may hold a hearing on the objection. If an objection is made or an order is required, the undersigned trustee moves the court for such orders as may be necessary and appropriate.

Date Mailed: June 30, 2026

*s/ Nauni Manty*

Nauni Manty, Trustee (#230352)
150 South Fifth Street, Suite 3125
Minneapolis, MN 55402
612-465-0990
nauni@mantylaw.com